#3

```
***-**-3969 RT        3397.11   PB 3/29/2010 PE 4/11/2010          VOUCHER      146592
 EARNINGS      HOURS    CURRENT        Y-T-D    DEDUCTIONS       CURRENT        Y-T-D
 REGULAR       80.00    3397.11     25,422.03   DENTAL             15.69       125.52
 SICK PAY                            1,324.40   MEDICAL            53.08       424.64
 BONUS YR-END                       14,462.52   SOCIAL SECURITY   194.98     2,429.74
 GROUP TERM LIFE            8.79        68.97   MEDICARE           45.60       568.24
 GROSS PAY               3405.90     41,277.92  401K PRE TAX      169.86     1,337.33
 GROSS WAGES             3397.11     41,208.95  ARIZONA SIT        27.27       939.68
                                                FED WITHHOLDING   134.35     4,629.08
                                                AD&D                3.46        27.33
                                                SUPP LIFE          20.42       161.06
                                                DEPENDENT LIFE      3.23        25.84
                                                FLEX HEALTH       192.31     1,538.48
                                                401K LOAN          34.61       276.88
                                                401K LOAN 2        15.86       126.88
                                                NET CHECK        2486.39    14,678.81
                                                DED. TOTALS:     3397.11
```

| TAX W/H INFO | Claim Stats | #Exm #Dep | Misc Info | Exempt Amount | +/- W/H Amt/Pct |
|---|---|---|---|---|---|
| Federal: | M | 10 | | .00 | .00 |
| State: AZ | M | 00 | | .00 | 20.3000% |
| State: | | | | | |

VACATION    129.52         SICK         148.00   EMPLOYER 401K     135.88     1,069.84

NON-NEGOTIABLE

---

DATE 4/16/2010                                                    VOUCHER NO.   146592
                                                                  DEPOSIT AMOUNT
DEPOSITED
DIRECT DEPOSIT          TRANSIT #         ACCOUNT NUMBER
                        *****7238         **************3590                  2,486.39

BRIAN K HATLESTAD
9680 N. 90TH LANE
PEORIA, AZ   85345

NON-NEGOTIABLE

---

**FILED**

MAY 1 1 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

***-**-3969 RT    3397.11    PB    4/12/2010 PE 4/25/2010        VOUCHER      147769

| EARNINGS | HOURS | CURRENT | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 80.00 | 3397.11 | 28,819.14 | DENTAL | 15.69 | 141.21 |
| SICK PAY | | | 1,324.40 | MEDICAL | 53.08 | 477.72 |
| BONUS YR-END | | | 14,462.52 | SOCIAL SECURITY | 194.97 | 2,624.71 |
| GROUP TERM LIFE | | 8.79 | 77.76 | MEDICARE | 45.60 | 613.84 |
| GROSS PAY | | 3405.90 | 44,683.82 | 401K PRE TAX | 169.86 | 1,507.19 |
| GROSS WAGES | | 3397.11 | 44,606.06 | ARIZONA SIT | 27.27 | 966.95 |
| | | | | FED WITHHOLDING | 134.35 | 4,763.43 |
| | | | | AD&D | 3.46 | 30.79 |
| | | | | SUPP LIFE | 20.42 | 181.48 |
| | | | | DEPENDENT LIFE | 3.23 | 29.07 |
| | | | | FLEX HEALTH | 192.31 | 1,730.79 |
| | | | | 401K LOAN | 34.61 | 311.49 |
| | | | | 401K LOAN 2 | 15.86 | 142.74 |
| | | | | NET CHECK | 2486.40 | 17,165.21 |
| | | | | DED. TOTALS: | 3397.11 | |

| TAX W/H INFO | Claim Stats | #Exm #Dep | Misc Info | Exempt Amount | +/- W/H Amt/Pct |
|---|---|---|---|---|---|
| Federal: | M | 10 | | .00 | .00 |
| State: AZ | M | 00 | | .00 | 20.3000% |
| State: | | | | | |

| VACATION | 132.60 | | SICK | 148.00 | EMPLOYER 401K | 135.88 | 1,205.72 |

**NON-NEGOTIABLE**

---

**DATE** 4/30/2010

DEPOSITED
DIRECT DEPOSIT

TRANSIT #
*****7238

ACCOUNT NUMBER
************3590

**VOUCHER NO.** 147769

DEPOSIT AMOUNT

2,486.40

BRIAN K HATLESTAD
9680 N. 90TH LANE
PEORIA, AZ  85345

**NON-NEGOTIABLE**

```
           RT      3311.02    PB  2/15/2010  PE  2/28/2010   CHECK#   000078379
                              TAX STATUS M    FEDERAL EXEMPTIONS 10   STATE EXEMPTIONS 00
EARNINGS        HOURS   CURRENT         Y-T-D    DEDUCTIONS       CURRENT      Y-T-D
REGULAR         80.00   3311.02      15,230.70   DENTAL             15.69       78.45
SICK PAY                              1,324.40   MEDICAL            53.08      265.40
GROUP TERM LIFE            8.52          42.60   SOCIAL SECURITY   189.62      948.12
GROSS PAY               3319.54      16,597.70   MEDICARE           44.35      221.74
GROSS WAGES             3311.02      16,555.10   401K PRE TAX      165.55      827.75
                                                 ARIZONA SIT        24.78      123.90
                                                 FED WITHHOLDING   122.08      610.40
                                                 AD&D                3.39       16.95
                                                 SUPP LIFE          19.96       99.80
                                                 DEPENDENT LIFE      3.23       16.15
                                                 FLEX HEALTH       192.31      961.55
                                                 401K LOAN          34.61      173.05
                                                 401K LOAN 2        15.86       79.30
                                                 NET CHECK                   9,706.03
                                                 NET PAY          2426.51    2,426.51

VACATION    120.28        SICK    148.00    EMPLOYER 401K    132.44    662.20
                                                                    NON-NEGOTIABLE
```

```
           RT      3397.11    PB  3/01/2010  PE  3/14/2010   CHECK#   000078884
                              TAX STATUS M    FEDERAL EXEMPTIONS 10   STATE EXEMPTIONS 00
EARNINGS        HOURS   CURRENT         Y-T-D    DEDUCTIONS       CURRENT      Y-T-D
REGULAR         80.00   3397.11      18,627.81   DENTAL             15.69       94.14
SICK PAY                              1,324.40   MEDICAL            53.08      318.48
BONUS YR-END                         14,462.52   SOCIAL SECURITY   194.98    2,039.78
GROUP TERM LIFE            8.79          51.39   MEDICARE           45.60      477.04
GROSS PAY               3405.90      34,466.12   401K PRE TAX      169.86      997.61
GROSS WAGES             3397.11      34,414.73   ARIZONA SIT        27.27      885.14
                                                 FED WITHHOLDING   134.35    4,360.38
                                                 AD&D                3.46       20.41
                                                 SUPP LIFE          20.42      120.22
                                                 DEPENDENT LIFE      3.23       19.38
                                                 FLEX HEALTH       192.31    1,153.86
                                                 401K LOAN          34.61      207.66
                                                 401K LOAN 2        15.86       95.16
                                                 NET CHECK                   9,706.03
                                                 NET PAY          2486.39   13,919.44

VACATION    123.36        SICK    148.00    EMPLOYER 401K    135.88    798.08
                                                                    NON-NEGOTIABLE
```