**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Phone: (623) 939-6546**
**Fax:    (623) 939-6718**
LawOffice@Joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>BRIAN KEITH HATLESTAD and<br>JEANETTE RAE HATLESTAD,<br><br>                    Debtors.<br><br>GMAC,<br><br>                    Movant,<br><br>   vs.<br><br>BRIAN KEITH HATLESTAD and<br>JEANETTE RAE HATLESTAD,<br><br><br>                  Respondents. | Case No. 2:10-bk-12796-SSC<br><br>Chapter 11<br><br><br><br>RESPONSE TO MOTION<br>FOR RELIEF FROM THE<br>AUTOMATIC STAY |

COME NOW the debtors, BRIAN KEITH HATLESTAD and JEANETTE RAE HATLESTAD, by and through counsel undersigned, and hereby responds and objects to Movant GMAC's Motion for Relief from the Automatic Stay as follows.

1. Debtors admit the facts in paragraphs 1, 2, and 3.

2. Debtors admit the facts in paragraph 4 but submit that the fair market value of the collateral is approximately $13,500.00 or in a sum according to proof at the time on the hearing of this matter.

3. Debtors deny the facts in paragraph 5. It is upon information and belief that the Debtors are not delinquent and have been making regular payments in regard to this obligation.

4. Debtors admit the facts in paragraph 6 and 7.

5. Debtors admit the fact in paragraph 8 that there was an outstanding balance but submit that the fair market value of the Chevrolet Silverado is $18,500.00 or in a sum according to proof at the time of the hearing on this matter.

6. Upon information and belief, debtors are uncertain what back payments are owing as a result of this obligation as stated in paragraph 9.

7. Debtors deny the facts in paragraph 10.

Debtors respectfully request that the Movant's Motion for Relief from Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 2nd day of August, 2010.

                                        JOSEPH W. CHARLES, P.C.

                                        By /s/ Joseph W. Charles
                                              JOSEPH W. CHARLES
                                              5704 W. Palmaire Avenue
                                              P.O. Box 1737
                                              Glendale, Arizona 85311
                                              Attorney for Debtors

| | |
|---|---|
| 1 | COPY of the foregoing mailed this 2nd day of August, 2010, to: |
| 2 | |
| 3 | Renee Sandler Shamblin |
| 4 | Office of US Trustee<br>230 N. First Ave., Ste. 204 |
| 5 | Phoenix, AZ 85003<br>Attorney for US Trustee |
| 6 | |
| 7 | Alan M. Levinsky, Esq.<br>Buchalter Nemer |
| 8 | 16435 N. Scottsdale Road, Ste. 440<br>Scottsdale, AZ 85254-1754 |
| 9 | Attorney for Movant |
| 10 | |
| 11 | By: /s/ E. Adams |